In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ISRAEL A. NEEDLEMAN, an Attorney and Counselor at Law.— The record indicates that respondent willfully delayed the proceeding. However, it appears that he has not answered or explained the charges against him, some of which are very serious. Despite his conduct on the hearings, he will be given another opportunity to testify in his own behalf. The proceeding will be reopened and hearing had before the presiding justice at his chambers on October sixteenth at ten A. M.

The petitioner will be permitted, if it so desire, to present any further proof. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.